# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3514

_____

| | | |
|---|---|---|
| Arthur Greenwood, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Parks Sims, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| State of Missouri; Missouri Board of | * | Western District of Missouri. |
| Probation and Parole, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: April 15, 2003
Filed: April 25, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Arthur Greenwood appeals the district court's[1] pre-service dismissal of his civil complaint. Having carefully reviewed the record and appellant's brief, we agree with the district court that the relief Greenwood seeks must be pursued in a 28 U.S.C. § 2254 petition after he exhausts his available state-court remedies. Accordingly, we affirm, but we modify the dismissal to be without prejudice as to all claims. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.